FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

# COMPLAINT FORM

2018 DEC -6 PM 4: 16

(for filers who are prisoners without lawyers)

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BR...

IN THE UNITED STATES DISTRICT COURT
FOR THE __CENTRAL__ DISTRICT OF __INDIANA__

(Full name of plaintiff(s))

JARRELL W. VOTZIE

vs

(Full name of defendant(s))

ADVANCED CORRECTIONAL HEALTHCARE

DR. PERSON

Case Number:

1:18-cv-3838 JPH-MJD

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of __INDIANA__, and is located at
   (State)

   __JCJ, 1091 HOSPITAL RO., FRANKLIN, IN. 46131__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __ADVANCED CORRECTIONAL HEALTHCARE, DR. PERSON__
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

ON 08-04-2018 I SUFFERED AN EPISODE PERTAINING TO MY HEART WHERE I WAS TAKEN TO JOHNSON MEMORIAL HOSPITAL WHERE JMH STABLIZED MY CURRENT CONDITION AND ON THE MORNING OF 08-05-2018 I WAS TRANSFERED BY AMBULANCE TO ST. FRANCIS HOSPITAL IN INDIANAPOLIS IMMEDIATELY UNDERGOING UPON MY ARRIVAL A CARDIAC PROCEDURE KNOWN AS A HEART CATH. DURING MY INTAKE TO THE JCJ AFTER SUFFERING 7 HEART ATTACKS AND INFORMING THE JAILS MEDICAL STAFF AS SUCH. AND UP TO AUG. 4 THE JAILS MEDICAL STAFF HAS FAILED TO TAKE MY BLOOD PRESSURE

I HAVE MULTIPLE CHRONIC HEALTH ISSUES INCLUDING HIGH BLOOD PRESSURE AS OF NOV. 3, 2018 MY BLOOD PRESSURE HAS BEEN TAKEN A TOTAL OF 3 TIMES SINCE MY ARRIVAL AT THE JCJ ON JUNE 14, 2018. UPON MY RELEASE FROM ST. FRANCIS CARDIAC CARE UNIT IN AUG., 2018 AND AS INSTRUCTED IN MY DISCHARGE SUMMARY THE JAILS STAFF WAS TOLD TO FOLLOW-UP WITH A TRAINED PROFESSIONAL THAT COULD ADDRESS MY MEDICAL NEEDS, DR. PERSON DENIED MY NITRO SCRIPT ON 2 DIFFERENT OCCASSIONS AS WELL FAILED TO FOLLOW-UP. THIS CONSTITUTES AS MEDICAL NEGLIGENCE AS I HAVE BROUGHT THIS ISSUE UP WITH MEDICAL STAFF ALONG WITH JAIL ADMINISTRATORS AS NOV. 3, 2018 THESE ISSUES HAVE NOT BEEN ADDRESSED. I DO HAVE WITNESS'ES TO THESE ALLEGATIONS

C. **JURISDICTION**

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I WOULD LIKE THE COURT TO ADDRESS THESE ONGOING ISSUES AND ORDER THE DEFENDANT'S TO PAY WHAT THE COURT DEEMS FIT AND IN ACCORDANCE WITH THE LAW. INCLUDING PAIN AND SUFFERING AND THE STRESS RELATED TO THE NEGLECT SHOWN FORTH BY THE STAFF OF/AN PROCEDURERS OF ADVANCED ~~MEDICAL~~ CORRECTIONAL HEALTHCARE.

E.   **JURY DEMAND**

☒   Jury Demand – I want a jury to hear my case
         OR

☐   Court Trial – I want a judge to hear my case

Dated this __3__ day of __NOVEMBER__ 20_18_.

Respectfully Submitted,

__Jarrell W. Votjie__
Signature of Plaintiff

__#444543__
Plaintiff's Prisoner ID Number

__JCJ, 1091 HOSPITAL RD.__
__FRANKLIN, IN. 46131__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO** ~~PROCEED IN~~ **DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.